IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:17MJ-86 –DSC |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER OF WITHDRAWAL** |
| MAURICE DESRIVIERES. | ) | |
| | ) | |

For Good Cause shown in the United States' Motion to Withdraw the Motion to Stay the Bond Order, the Court hereby lifts its Order to stay and orders the U.S. Marshal to release the Defendant on conditions as ordered in Document 8.

The Clerk is directed to send copies of this Order to the U.S. Attorney, the Federal Defender, and the U.S. Marshal.

**SO ORDERED**.

Signed: March 23, 2017

_____
David S. Cayer
United States Magistrate Judge